CARRIE L. BONNINGTON (SBN 227570)
ANDREW D. BLUTH (SBN 232387)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone:     916.329.4700
Facsimile:     916.441.3583

Attorneys for Defendant
GLOBAL TRAVEL INTERNATIONAL, INC.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
TODD M. FRIEDMAN #216752
ADRIAN R. BACON #280332
324 South Beverly Drive, Suite 725
Beverly Hills, CA 90212
Telephone:  877-206-4741
Facsimile:   866-633-0228

Attorneys for Plaintiff
BOB HAYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB HAYES, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL TRAVEL INTERNATIONAL, INC. DBA GOSHOPANDSAVE.COM and DOES 1 through 10, inclusive, and each of them,<br><br>    Defendants. | Case No. 2:16-cv-01821-KJM-AC<br><br>JOINT REQUEST FOR CONTINUANCE OF FEBRUARY 7, 2017 SETTLEMENT CONFERENCE; ORDER<br><br>Date:         February 7, 2017<br>Time:         9:30 a.m.<br>Courtroom:  24<br>Magistrate Judge Carolyn K. Delaney |

Plaintiff BOB HAYES and Defendant GLOBAL TRAVEL INTERNATIONAL, INC. (hereafter "the Parties") submit this joint request for a continuance of the Settlement Conference set for February 7, 2017 at 9:30 a.m. in Department 24 before the Honorable Magistrate Judge Carolyn K. Delaney.

On October 5, 2016 a Related Case Order was issued by the Court which related this case to <u>Mary E. Tye v. Global Travel International, Inc.</u>, Case No. 2:15-cv-02654-KJM-AC.

In order to allow counsel for all parties in the related cases to further meet and confer bilaterally regarding settlement, and to accommodate all parties' schedules so that in-person attendance at the settlement conference can occur, the Parties request that the Court continue the settlement conference to March 21, 2017 or another date during that week that is convenient for the Court.

Dated: January 10, 2017

PILLSBURY WINTHROP SHAW PITTMAN LLP

By   /s/ Andrew D. Bluth
ANDREW D. BLUTH
Attorneys for Defendant GLOBAL TRAVEL INTERNATIONAL, INC.

Dated: January 10, 2017

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By   /s/ Todd M. Friedman
TODD M. FRIEDMAN
Attorneys for Plaintiff
BOB HAYES

IT IS HEREBY ORDERED THAT:

1. The Settlement Conference set for February 7, 2017 before Magistrate Judge Carolyn K. Delaney is vacated and reset for March 21, 2017 at 9:30 am.
2. Settlement Conference Statements are due no later than 7 days prior.

Dated:  January 12, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE